IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIERRE WILSON, | : | |
|     Plaintiff, | : | No. 25-cv-1504-JMY |
| | : | |
| vs. | : | |
| | : | |
| CRESCENT HOTELS & RESORTS, LLC, | : | |
| D/B/A FOUR POINTS BY SHERATORN | : | |
| PHILADELPHIA AIRPORT, | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW,** this 5th day of January, 2026, upon consideration of the Motion to Dismiss the Amended Complaint filed by Defendant (ECF No. 5), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order, it is hereby **ORDERED** that said Motion is **GRANTED** as follows:

1. All federal claims advanced by Plaintiff under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and the Age Discrimination in Employment Act are **DISMISSED** with prejudice;

2. All claims asserted by Plaintiff under the Pennsylvania Human Relations Act are **DISMISSED** from this lawsuit with prejudice because Plaintiff failed to exhaust administrative remedies; and

3. The Court will decline to exercise supplemental federal subject matter jurisdiction over state law claims asserted under Philadelphia Fair Practices Ordinance because the Court has decided to dismiss all federal claims.

Plaintiff will not be granted leave to file an amended complaint.  **IT IS SO ORDERED**.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge